IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN-CUSTODY INTERNATIONAL CORPORATION, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:07CV176 |
| v. | ) ) | |
| WILLIAM D. TAPER, TAPER INTERNATIONAL and GARY S. FROST, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

_____)

        This matter is before the Court on plaintiff's motion

to file reply brief (Filing No. 13) to defendants' motion to

remand.  The Court finds said motion should be granted.

Accordingly,

        IT IS ORDERED that plaintiff's motion is granted;

plaintiff may submit a reply brief on or before June 15, 2007.

        DATED this 30th day of May, 2007.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court