IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
IN-CUSTODY INTERNATIONAL      )
CORPORATION, a Nebraska       )
corporation,                  )
                              )
          Plaintiff,          )        8:07CV176
                              )
     v.                       )
                              )
WILLIAM D. TAPER, TAPER       )        ORDER
INTERNATIONAL and GARY S.     )
FROST,                        )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion for continuance (Filing No. 28) to respond to defendant Taper International's motion to dismiss. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until July 13, 2007, to respond to the motion to dismiss.

DATED this 5th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court