IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
IN-CUSTODY INTERNATIONAL      )
CORPORATION, a Nebraska       )
corporation,                  )
                              )
            Plaintiff,        )         8:07CV176
                              )
       v.                     )
                              )
WILLIAM D. TAPER and          )         ORDER
GARY S. FROST,                )
                              )
            Defendants.       )
                              )
```

   This matter is before the Court on defendant William Taper's motion for leave to file counterclaim (Filing No. 38). The Court notes no objections have been filed thereto. Accordingly,

   IT IS ORDERED that defendant's motion for leave to file counterclaim is granted; William D. Taper shall have until September 17, 2007, to file his counterclaim.

   DATED this 10th day of September, 2007.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court