IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN-CUSTODY INTERNATIONAL CORPORATION, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:07CV176 |
| v. | ) ) | |
| WILLIAM D. TAPER and GARY S. FROST, | ) ) ) | ORDER |
| Defendants. | ) ) | |

      This matter is before the Court on plaintiff's motion to extend the deadline for filing a Rule 26 Report (Filing No. 45).  This motion will be granted.  The parties will be required to meet and complete the report and submit the same to the Court on or before **Thursday, November 1, 2007**.  Accordingly,

      IT IS ORDERED that a planning conference in this matter is scheduled for:

      **Thursday, November 8, 2007, at 8:30 a.m.**

in Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to establish a final

progression order for this case The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 11th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court