IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
IN-CUSTODY INTERNATIONAL     )
CORPORATION, a Nebraska      )
corporation,                 )
                             )
            Plaintiff,       )         8:07CV176
                             )
      v.                     )
                             )
WILLIAM D. TAPER,            )         ORDER
                             )
            Defendant.       )
_____)
```

       This matter is before the Court on plaintiff's motion for an extension of time to file its motion for summary judgment (Filing No. 72).  The Court finds said motion should be granted. Accordingly,

       IT IS ORDERED that said motion is granted; plaintiff shall have until June 13, 2008, to file its motion for summary judgment.

       DATED this 10th day of June, 2008.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court